Case 2:26-cv-00024   Document 6   Filed 01/20/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| W.M.R.P. A MINOR, *et al.*, § § | |
| Petitioners, § § | |
| VS. § | CIVIL ACTION NO. 2:26-CV-00024 |
| § | |
| KRISTI NOEM, *et al.*, § § | |
| Respondents. § | |

## ORDER FOR EXPEDITED ANSWER

Petitioner W.M.R.P., a minor, is presently in custody of the Office of Refugee Resettlement ("ORR") officials at the Upbring Bokenkamp Shelter in Corpus Christi, Texas. Represented by counsel, W.M.R.P. seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his/her detention. (D.E. 1). Preliminary examination indicates that an expedited answer is needed.

Accordingly, pursuant to 28 U.S.C. § 2241, the undersigned **ORDERS** that:

1. The Clerk shall serve copies of the petition (D.E. 1), the exhibits (D.E. 2) and this order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by certified mail to 1000 Louisiana St., Suite 2300, Houston, Texas 77002, and by electronic mail to

   USATXS.CivilNotice@usdoj.gov.

2. The Clerk shall also serve copies of the petition (D.E. 1), exhibits (D.E. 2), and this order by certified mail upon: (1) Pamela Bondi, the United States Attorney

General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001; (2) Kristi Noem, Secretary of Homeland Security, 2707 Martin Luther King Jr. Ave SE, MS 0525, Washington, D.C. 20528-0525; (3) Robert F. Kennedy, Jr., Secretary of the U.S. Department of Health and Human Services, c/o Office of General Counsel, 200 Independence Avenue, S.W., Washington, D.C. 20201; (4) Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, 502th St. SW #5600, Washington, D.C. 20024; and (5) Program Director, Upbring Bokencamp Shelter, 5517 S. Alameda St., Corpus Christi, Texas 78412.

3. The proper respondent must file an answer to the petition **within fourteen (14) days** of the date of service and forward a copy of same to W.M.R.P.

4. In addition to any defense (in law or fact) to a claim for relief by the petitioner, the respondent's answer shall contain: (a) a statement of the authority by which W.M.R.P. is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

5. Whether the respondent elects to submit an answer or a dispositive motion, W.M.R.P. must file any response within seven (7) days of the date reflected on the certificate of service. Under the Court's local rules, a failure to respond will be considered a representation that W.M.R.P. does not oppose the motion. See

S.D. Tex. L.R. 7.4. If W.M.R.P. fails to comply on time, this case may be dismissed for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

6. The respondent must notify W.M.R.P.'s counsel and the Court of any anticipated or planned transfer or removal of W.M.R.P. outside of the Southern District of Texas at least five (5) days before any such transfer.

ORDERED on January 20, 2026.

_____
Julie K. Hampton
United States Magistrate Judge