Case 2:26-cv-00024   Document 18   Filed 02/18/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| W.M.R.P. A MINOR, *et al.*, § | |
| § | |
| Petitioners, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:26-CV-00024 |
| § | |
| KRISTI NOEM, *et al.*, § | |
| § | |
| Respondents. § | |

# **ORDER**

Petitioner W.M.R.P., a minor, by and through his next friend, Audeli Otilio Ramirez Perez, filed this petition under 28 U.S.C. § 2241 on January 16, 2026. (D.E. 1). At the time of the petition, W.M.R.P. was in custody of the Office of Refugee Resettlement, and he sought through his petition to be released into custody of a sponsor, his brother. (Id.). On January 20, 2026, the undersigned ordered Respondents to file an expedited answer within 14 days. (D.E. 6 at 2). Further, the undersigned ordered W.M.R.P. to file a response within seven days of Respondents' answer or dispositive motion. (Id.). The undersigned noted that, under the Local Rules, failure to respond would be a representation of non-opposition that could result in dismissal of the petition. (Id. at 2-3). On January 29, 2026, Respondents filed a motion to dismiss the petition as moot because W.M.R.P. had been released and reunited with his brother. (D.E. 14). W.M.R.P. has not filed a response.

Accordingly, W.M.R.P. is **ORDERED** to file a response indicating whether he is opposed or unopposed to Respondents' motion to dismiss no later than **Wednesday, February 25, 2026**.

ORDERED on February 18, 2026.

                                                          _____
                                                          Julie K. Hampton
                                                          United States Magistrate Judge