United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| W.M.R.P. A MINOR, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00024 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pending before the Court is Respondents' Motion to Dismiss Petition as Moot. (D.E. 14). The Court ordered a response to said motion (D.E. 18) and W.M.R.P. has filed a response indicating that he is unopposed to this case being dismissed without prejudice. (D.E. 19).

The Court **GRANTS** the Motion to Dismiss. (D.E. 14). The Court **HEREBY DISMISSES** this case **WITHOUT PREJUDICE**.

ORDERED on February 27, 2026.

_____
Julie K. Hampton
United States Magistrate Judge

1 / 1